■ Pearl M. Clemmons, as Executrix of Morris F. Clemmons, Deceased, Respondent, v. Manuel Cominskey et al., Copartners Doing Business under the Name of Chicago Market, Defendants, and 400 Columbia Street Corporation, Appellant.— Same decision and like cause of action as in companion case of Clemmons v. Cominskey (ante, p. 933). Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Williams, JJ.

■ Peter C. Dunstad, Appellant, v. Theresa I. Van Deusen et al., Respondents.— Judgment reversed on the law and a new trial granted, with costs to the appellant to abide the event. Memorandum: We are of the opinion that it was error to grant the defendant's motion for a nonsuit and dismissal at the close of the plaintiff's case. Ordinarily, the question of negligence and contributory negligence is one of fact to be determined by a jury. The evidence presented on behalf of the plaintiff is such that it cannot be said the defendant was free from negligence or that the plaintiff was guilty of contributory negligence as a matter of law. All concur, except Williams, J., who dissents and votes for affirmance. (Appeal from judgment of Onondaga Trial Term dismissing plaintiff's complaint in an action for damages for personal injuries alleged to have been sustained by reason of negligent operation of a bulldozer.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Williams, JJ. [See 2 A D 2d 650.]

■ Paul Firenze, Respondent, v. State of New York, Appellant. (Claim No. 31543.) — Judgment affirmed, with costs. All concur. (Appeal from a judgment of the Court of Claims for claimant on a claim for damages for personal injuries alleged to have been sustained by reason of negligent maintenance of State highway intersection.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Williams, JJ. [208 Misc. 663.]